# Black *v.* The State.

## *Seduction.*

(Decided December 17, 1914.   67 South. 770.)

*Appeal and Error; Dismissal; Escape.*—A defendant who escapes unlawfully pending his appeal, is not entitled to be heard, and his appeal will be dismissed; however, by returning to custody, and submitting to the jurisdiction of the appellate court, and complying with the rules, his appeal may be heard at the next regular call of the division to which the appeal belongs.

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

Asbery Black was convicted of seduction, and pending his appeal he unlawfully escaped from custody. Appeal dismissed.

No counsel marked for appellant.

ROBERT C. BRICKELL, Attorney General, and THOMAS H. SEAY, Assistant Attorney General, for the State. The defendant is an escaped felon, and his appeal should be dismissed.

PELHAM, P. J.—The defendant, who takes the appeal in this case from a judgment of conviction in the trial court of seduction, imposing a sentence in the penitentiary for a term of 10 years, has unlawfully escaped. It has been made known to the court by good and sufficient proof that subsequent to taking the appeal, which is here on certificate under seal of the clerk of the trial court, the defendant escaped from the custody of the officers holding him on this charge in the county jail of Cullman county, and is now a fugitive from justice. The appeal is dismissed on the motion of the at-

torney general. By returning to the custody of the proper officer of the law, submitting himself to the jurisdiction of this court, and complying with all the rules of procedure, the case can be heard at the next regular call of the docket of the division to which the case belongs.—*Warwick v. State,* 73 Ala. 486, 49 Am. Rep. 59.

Dismissed.

Brown, J., not sitting.